UNITED STATES of America,
Plaintiff-Appellee,

v.

Joseph Leon KAY, Defendant-
Appellant.

No. 16-6338

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2016

Decided: July 22, 2016

Joseph Leon Kay, Appellant Pro Se. Gary L. Call, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Leon Kay appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kay, No. 6:09–cr–00252–1, 2016 WL 661591 (S.D.W. Va. Feb. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-gument would not aid the decisional process.

AFFIRMED